UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61470-CIV-SEITZ/MCALILEY

RESERVATIONSYSTEM.COM, INC.,

      Plaintiff,

v.

VON WOO TRAVEL, DOMAINS BY
PROXY, INC., MEARA TRAVEL GROUP,
INC., and JOHN MEARA,

      Defendants.
_____/

## ORDER OF DISMISSAL OF DEFENDANT DOMAINS BY PROXY

THIS MATTER comes before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Defendant Domains by Proxy [DE-7]. Upon due consideration, Defendant Domains by Proxy having not yet responded to the Plaintiff's Complaint or filed a motion for summary judgment, pursuant to Fed. R. Civ. P. 41(a)(1)(i), it is hereby

ORDERED AND ADJUDGED that Plaintiff's Notice of Voluntary Dismissal as to Defendant Domains by Proxy [DE-7] is Approved and this case is DISMISSED WITHOUT PREJUDICE as to Defendant Domains by Proxy.

DONE AND ORDERED in Miami, Florida, this 26 day of November, 2007.

                                  PATRICIA A. SEITZ
                                  UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge McAliley
All Counsel of Record